Philip R. Rudd (SBN 014026)
Philip.Rudd@SacksTierney.com
Wesley D. Ray (SBN 026351)
Wesley.Ray@SacksTierney.com
Sierra M. Minder (SBN 035795)
Sierra.Minder@SacksTierney.com
**SACKS TIERNEY P.A.**
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
Telephone: 480.425.2600
Facsimile: 480.970.4610
*Proposed Attorneys for Debtor*

## IN THE UNITED STATES BANKRUPTCY COURT

## THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>AVENIR MEMORY CARE @ KNOXVILLE LP,<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No. 2:23-bk-02047-BMW<br><br>**MOTION FOR ORDER AUTHORIZING DEBTOR TO PAY PRE-PETITION WAGES**<br><br>**(Expedited Consideration Requested)** |

Avenir Memory Care @ Knoxville LP ("Debtor"), the debtor and debtor-in-possession in the above-captioned Chapter 11 case, by and through proposed undersigned counsel, requests that the Court enter an Order authorizing the Debtor to pay all pre-petition wages owed to its employees as of the filing of the Debtor's bankruptcy petition on March 31, 2023 (the "Petition Date").

The Debtor's last pay cycle, for the period from March 16, 2023 through March 31, 2023, ended on March 31, 2023. Thus, as of the Petition Date, approximately fifteen days' worth of payroll and payroll related expenses had accrued, but not yet been paid. Employees expect to receive their paychecks for this time period on **April 5, 2023**. Additionally, some paychecks that were issued for the prior payroll may not have cleared the Debtors' pre-petition bank accounts as of the date that those accounts are closed.

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

Payment of the employees' pre-petition wages is crucial to the maintenance of the Debtor's workforce and therefore a prerequisite to the Debtor's ability to seamlessly and effectively transition into bankruptcy. By this motion, the Debtor seeks an order authorizing the payment in full of the employees' wages earned or incurred prior to the filing of the Debtor's bankruptcy, with such payment to be made in the ordinary course of the Debtor's business. None of the pre-petition wages sought to be paid exceed the priority amount to which the employees are entitled under the Bankruptcy Code, and no pre-petition wages will be paid to any officers, directors, insiders or equity holders.

This motion is supported by the following memorandum of points and authorities, and by the *Declaration of David L. Craik in Support of First Day Motions* ("Craik Declaration") filed contemporaneously herewith. **The Debtor does not seek any of the relief identified in Local Rule 4001-4(b).**

**FACTUAL BACKGROUND**

**The Debtor**

1. The Debtor is a limited partnership formed in Tennessee, whose principal address is 11648 East Shea Blvd., Suite 101, Scottsdale, Arizona.

2. The Debtor's general partner is Avenir Memory Care Knoxville GP, Inc. ("General Partner"), a Delaware corporation, whose principal place of business is also at 11648 East Shea Blvd., Suite 101, Scottsdale, Arizona.

3. The Debtor's limited partner is Avenir Memory Care South, Inc. ("Limited Partner"), a Delaware corporation, whose principal place of business is also at 11648 East Shea Blvd., Suite 101, Scottsdale, Arizona.

4. The President and Director of the General Partner and the Limited Partner is David L. Craik, whose principal place of business is also at 11648 East Shea Blvd., Suite 101, Scottsdale, Arizona.

5. On March 31, 2023 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Arizona.

6.    Debtor is authorized to operate its business as debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

7.    The subject matter of this motion is a core proceeding under 28 U.S.C. §157(b)(2)(A) and (M).

**The Debtor's Property**

8.    The Debtor owns a memory care facility known as Avenir Memory Care located at 901 Concord Rd. in Knoxville, Tennessee (the "Facility").

9.    The facility consists of 56 private, furnished units, a full kitchen, dining areas, meeting rooms and lounging areas.

10.    The Facility provides expert memory care and respite care for individuals living with memory loss. The Facility and its licensed and professional staff provide around-the-clock assistance with all activities of daily living, including three nutritious meals per day, a variety of activities, classes and events geared toward individuals suffering from memory loss, access to transportation to medical appointments, and regular housekeeping and laundry services.

**The Debtor's Employees and Payroll**

11.    As of the Petition Date, the Debtor had forty-five employees, although the number of employees fluctuates with the seasons and general employee attrition.  A list of the Debtor's current employees is attached hereto as Exhibit "A."

12.    The Debtor's payroll system is based upon bi-weekly pay periods, which end on the first and fifteenth of each month.

13.    Payments to the employees are generally made on the fifth and twentieth day of each month for the prior two week period.

14.    The Debtor last paid its employees on March 20, 2023 for the period from March 1, 2023 through March 15, 2023.

15.    The Debtor's next payroll is due on **April 5, 2023** for the period from March 16, 2023 through March 31, 2023.

16.    All payroll funds are disbursed to the employees directly from a payroll

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

account.

17.     As part of their compensation, and in accordance with applicable state law and the Debtor's established policies, the employees also accrue paid vacation and sick time off ("PTO").

18.     PTO is only honored on an ongoing basis, and, unless otherwise required by law, is not redeemable for cash.

19.     As of the Petition Date, there existed approximately $80,000 in earned but unpaid wages, including tax withholdings and liabilities, owing to the employees for the period from March 16, 2023 through March 31, 2023 (i.e., the Petition Date).

20.     A list of the employees, showing the amount of payment to which each is estimated to be entitled in connection with his or her pre-petition employment, is attached hereto as Exhibit "B."  This list is based on the prior payroll because the final payroll for the March 15 – 31 period has not yet been finalized.

21.     Additionally, as of the Petition Date, some paychecks to Employees may not yet have been cashed or cleared the Debtor's pre-petition bank accounts at the time such accounts were closed. The Debtor estimates that the amount of those uncashed paychecks is less than $5,000.

22.     As of the Petition Date, the employees, collectively, have accrued PTO.

23.     The greatest combined amount of earned pre-petition gross wages due to any individual is approximately $4,000 and the average gross amount due to employees is approximately $1,700.

24.     The Debtor believes that if the employees are not promptly and fully paid for their pre-petition employment, a meaningful number of employees will terminate their employment with the Debtor, and that any such termination would materially harm the Debtor's operations.

**LEGAL ARGUMENT**

Pursuant to 11 U.S.C. § 105(a), this Court has the authority to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of [the

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

Bankruptcy Code]." The "necessity of payment" doctrine, first enunciated by the United States Supreme Court in *Miltenberger v. Logansport, C. & S.W.R. Co.*, 106 U.S. 286 (1882), allows a bankruptcy court to use the equitable powers bestowed by § 105 to permit a debtor-in-possession to pay pre-petition claims when payment is necessary to effectuate a successful reorganization. *See In re Lehigh & New England Ry. Co.*, 657 F.2d 570, 581 (3d Cir. 1981) ("[I]f payment of a claim which arose prior to reorganization is essential to the continued operation of the [business] during the reorganization, payment may be authorized even if it is made out of corpus"). An order allowing the payment in-full of pre-petition wages and benefits, issued pursuant to § 105(a), is a necessary and proper exercise of the Court's authority, and is in furtherance of the primary goal of Chapter 11 – a successful reorganization of the Debtor. *In re Ionosphere Clubs, Inc.*, 98 B.R. 174, 176-77 (Bankr. S.D.N.Y. 1989)("[T]he Bankruptcy Court's equitable power may be used to effectuate the purposes of Chapter 11, which include the 'restructuring of a business' finances to enable it to operate productively, provide jobs for its employees, pay its creditors and produce a return for its stockholders.'")(citing H.R.Rep. No. 595 95th Cong. 1st Sess. 16 (1977)).

Several courts have recognized the value of uninterrupted payment to employees, and permitted debtors-in-possession to pay pre-petition wages, benefit claims, and reimbursements, if payment of such claims was necessary to effectuate a successful bankruptcy proceeding. *See In re Gulf Air, Inc.*, 112 B.R. 152, 153-54 (Bankr. W.D.La. 1989)(authorizing debtor-in-possession to pay pre-petition employee wages and benefits, and health, life, and workers' compensation insurance premiums); *In re Chateaugay Corp.*, 80 B.R. 279, 281 (S.D.N.Y. 1987)(affirming order authorizing debtor to pay certain pre-petition wages, salaries, employee-reimbursement expenses, and benefits, including payment of workers' compensation claims). In fact, Bankruptcy Judges in this District have invoked the authority of Section 105(a) on numerous occasions to authorize the payment of pre-petition employee claims when, as in this case, non-payment or delay would damage a company's business or ability to reorganize. *See e.g., In re Crestwood Hospitality LLC, Case No. 4:21-bk-03091-BMW (Bankr.D. Ariz. 2021); In re ILX Resorts Incorporated, et al.*, Case No. 2:09-

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

bk-03594-RTB (Bankr. D. Ariz. March 9, 2009); *In re McCulloch Corporation*, Case No. 99-0074-TUC-JMM (Bankr. D. Ariz. January 11, 1999); *In re Unison Healthcare Corporation*, Case No. 98-06583-PHX-GBN (Bankr. D. Ariz. September 5, 1998).

Approximately $80,000 in pre-petition wages is due to be paid to, or on behalf of, the Debtor's employees on or about **April 5, 2023**. The Debtor must timely make these payments in order to preserve its work force. Because the Debtor operates in an industry in which service is more important than equipment or inventory, it must maintain strong relationships with its employees if it hopes to generate the revenues necessary to preserve and improve its operations. Employee morale is an asset that must be conserved. The effects of a missed payroll, when coupled with the uncertainty created in the minds of employees by the filing of bankruptcy, could be disastrous.

Notably, the relief requested herein will not harm the interests of unsecured creditors. The pre-petition wages, benefit contributions, and reimbursements sought to be paid herein fall within the limits of the administrative priority dictated by the Bankruptcy Code. Section 507(a)(4) provides that amounts earned in the 180 days immediately preceding a bankruptcy are entitled to a priority to the extent of $15,150. The payments sought to be approved herein arose less than 180 days prior to the Petition Date, and the greatest gross amount sought to be paid to any individual is approximately $4,000. As such, the employee claims addressed herein will be paid prior to any distribution to unsecured creditors, whether that payment occurs now or upon the conclusion of this bankruptcy. A refusal to allow payment of the Debtor's Employees as sought herein, therefore, would preserve no assets for distribution to unsecured creditors, but undoubtedly cause significant harm to the Debtor's operations and viability.

**CONCLUSION**

Based on the foregoing, the Debtor respectfully requests that this Court enter an Order:

(A) Authorizing, but not directing, the Debtor to pay to, or for the benefit of, the employees all unpaid wages earned or incurred prior to the Petition Date;

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

(B)   Authorizing, but not directing, the Debtor to pay any and all Social Security, payroll, and income taxes, whether local, state, or federal, related to the payment of the pre-petition wages, reimbursements, and benefit contributions sought to be approved herein;

(C)   Authorizing the Debtor to honor any PTO accrued prior to the Petition Date, in accordance with the Debtor's policies and procedures; and

(D)   Awarding the Debtor such other relief as the Court deems appropriate.

RESPECTFULLY SUBMITTED: March 31, 2023.

**SACKS TIERNEY P.A.**

By: _____
Philip R. Rudd
Wesley D. Ray
Sierra M. Minder
*Proposed Attorneys for Debtor*

**COPY** of the foregoing mailed (or served via electronic notification if indicated by an "*") on March 31, 2023, to:

Office of the U.S. Trustee
* USTPregion14.PX.ECF@usdoj.gov
230 N. First Avenue, #101
Phoenix, AZ  85003

Thomas H. Dickenson *
tdickerson@hdclaw.com
HODGES, DOUGHTY & CARSON, PLLC
P.O. Box 869
Knoxville, TN 37901
*Attorneys for Merchants Bank of Indiana*

Jeffrey Monberg *
Jeff.Monberg@quarles.com
QUARLES
300 N. LaSalle Street, Suite 4000
Chicago, IL  60654-3406

John D. Waller *
John.Waller@dinsmore.com
Andrew.Dettmer@dinsmore.com
DINSMORE
211 N. Pennsylvania Street
One Indiana Square, Suite 1800
Indianapolis, IN 46204
*Attorneys for Merchants Bank of Indiana*

List of Debtor's Top 20 Unsecured Creditors attached hereto

By: */s/ Cathie Bernales*

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

Comfort Systems USA
P.O. Box 10048
Knoxville, TN  37939
*cshuman@skmes.com

Consolidated Electronic Systems
P.O. Box 14620
Knoxville, TN  37914
*cescorporation@comcast.net

Cortel Communications, Inc.
24654 N. Lake Pleasant Pkwy.
#103-556
Peoria, AZ  85383
*support@cortelcom.com

Dormakaba USA Inc.
P.O. Box 896542
Charlotte, NC  28289

Farragut Press
P.O. Box 22847
Knoxville, TN  37933
*lsayers@farragutpress.com

G5 Search Marketing Inc.
P.O. Box 843274
Dallas, TX  75284
*info@get5g.com

James Lowe
1709 Vander Ridge Lane
Knoxville, TN  37919

Janet Higgins
3916 Hillbrook Drive
Knoxville, TN  37931

Joseph Kennery MD
6909 Kingston Pike, Suite 200
Knoxville, TN  37919

Kelsan-Network Service Company
29060 Network Place
Chicago, IL  60673

Knoxville Leaf & Lawn LLC
8620 Oak Ridge Highway
Knoxville, TX  37931
*knoxvilleleafandlawn@gmail.com

Knoxville News Sentinel
P.O. Box 630042
Cincinnati, OH  45263
*brenna.mcdermott@knoxnews.com

KUB
P.O. Box 59029
Knoxville, TN  37950
*kubfibersupport@kub.org

Lenoir City Utility Board
P.O. Box 449
Lenoir City, TN  37771

Life Safety Inspection LLC
1143 Oak Ridge Turnpike
Suite 107A-167
Oak Ridge, TN  37830

McKesson Medical-Surgical Inc.
P.O. Box 660266
Dallas, TX  75266

Republic Newspaper Inc.
11863 Kingston Pike
Knoxville, TN  37934
*slong@republicnewspapers.com

Sysco Knoxville LLC
900 Tennessee Avenue
Knoxville, TN  37921

Tennessee Memory Disorders
Foundation
c/o Genesis Neuroscience Clinic
1400 Dowell Springs Blvd., Ste. 340
Knoxville, TN  37909

Waste Management of Tenn-Knoxville
P.O. Box 55558
Boston, MA  02205

3514675.v1

# EXHIBIT A

| Full Name | Address 1 | Address 2 | City | ZIP/Postal Code |
|---|---|---|---|---|

**ON 3.20.2023 PAYROLL**

| Full Name | Address 1 | Address 2 | City | ZIP/Postal Code |
|---|---|---|---|---|
| Hackney, Montrell | 155 Kelly Lane | apt 504 | Lenoir City | 37771 |
| Pilkey, Madison | 961 Amy Renee Way | | Maryville | 37801 5114 |
| Andrews, Sherri | 101 Brentway Cir | | Knoxville | 37909 1350 |
| Woods, Zackery | 119 Zelmer Ln | | Maryville | 37801 |
| Young, Sandra | 2341 Park Edge Way | | Knoxville | 37923 |
| Combs, Chad | 2526 Blount Avenue | | Maryville | 37804 |
| Warren, Lorie A. | 1013 Kirk Rd | | Greenback | 37742 3021 |
| Wilson, Dominique | 620 Susan Renee Ln | | Knoxville | 37924 |
| Shreve, Laurah | 246 South Pitner Road | | Seymour | 37865 |
| Williams Rogers, Kathi | 423 Lost Tree Lane | | Knoxville | 37934 |
| Sledge, Caitlin L. | 114 Legacy Dr | | Madisonville | 37354 |
| Tercero, Ana | 10505 Blackwood Dr | | Knoxville | 37932 |
| Jackson, Keionna N. | 9016 Countryside Lane | | Knoxville | 37923 |
| Bates, Shannon M. | 2420 Amber Dawn Ln | | Knoxville | 37920 |
| Crabtree, Meagan L. | 728 Black Forest Dr | | Maryville | 37801 |
| Fields, Julie | 304 W. Fernhill Rd | | Oak Ridge | 37830 |
| Hicks, Michelle | 11601 Lanesborough Way | Apt 308 | Knoxville | 37934 1696 |
| Langkamp, Linda | 142 Morningside Dr | | Knoxville | 37915 |
| Seeders, Heidi | 691 Brochardt Blvd | | Knoxville | 37934 |
| Andrews, Haley | 2709 Rifle Range Dr | | Knoxville | 37918 |
| Bell, Dynasty | 1612 Grainger Avenue | | Knoxville | 37917 |
| Collins, Keelin | 401 Loganberry LN | | Knoxville | 37934 |
| Davis, Jasmine | 328 Dahlia Drive Apt 12 | | Knoxville | 37918 |
| Disney, Joshua | 376 Cofer circle | | Harriman | 37748 |
| Easter, Kayla | 1098 Sunnyside Rd | | Philadelphia | 37846 1613 |
| Frye, Jesula | 161 Old West Millers Cove Rd | | Walland | 37886 2512 |
| Hardin, Rosa | 1122 Ohio Ave | | Knoxville | 37921 |
| Head, Donna | 961 Amy Renee Way | | Maryville | 37801 |
| Jackson, Kamarea A. | 1426 Northshore Woods Dr | | Knoxville | 37919 8559 |
| Jackson, Keyera L. | 701 Cedar Ln | | Knoxville | 37912 3119 |
| King, Yvonne A. | 7638 Chatham Circle | | Knoxville | 37909 |
| Lee, Kayla D. | 5705 Daniels Rd | | Knoxville | 37938 |
| McCleary, Paige R. | 2331 Pennsylvania Avenue | | Maryville | 37804 |
| Peters, Kimberly A. | 211 Birch St. | | Harriman | 37748 |
| Pilkey, Jasmine | 961 Amy Renee Way | | Maryville | 37801 |
| Shakir, Adriane | 107 Turtle Cove Ct | | Lenoir City | 37772 |
| Shipe, Kathleen | 7925 Sloane Lane | | Knoxville | 37919 |
| Smith, LeAnndra K. | 1933 Rosedale Ave | | Knoxville | 37915 |
| Strickland, Leah | 538 Sleepy Hollow Rd | | Oliver Springs | 37840 2341 |
| Watson, Courtney N. | 1119 baker ave | Apt 7 | Knoxville | 37920 |
| Whitehead, Jessica | 122 Larry Byrd Rd | | Kingston | 37763 |
| Wongen, Kadaye | 1956 Pascal Dr | Apt 112 | Knoxville | 37921 |

**HIRED AFTER 3.20.2023 PAYROLL**

| Full Name | Address 1 | Address 2 | City | ZIP/Postal Code |
|---|---|---|---|---|
| Swaney, Mariah S. | 944 N Wright Rd Apt 6 | | Alcoa | 37701 |
| Igus, Lindsey | 939 Ashbrooke Way | | Knoxville | 37923 7136 |
| Markin, Lisa C. | 600 Worcester Rd | | Knoxville | 37934 |

**TERMS AFTER 3.20.2023 PAYROLL**
NONE

# EXHIBIT B

**CLIENT 141080 AVENIR MEMORY CARE AT KNOXVILLE LP**

| EMPLOYEE | | HOURS | | | EARNINGS | | | GROSS | TAXES | DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | RATE | REG | OT | CODED | REG | OT | CODED | | | | |
| **513100 Dietary** | | | | | | | | | | | |
| Hackney, Montrell | 513100 | | | | 1,958.33 | | | 1,958.33 | 121.42 SOC | | 1,651.93 |
| EE# 1063 | | | | | | | | | 28.40 MED | | DD# |
| | | | | | | | | | | | 1266401833 |
| | | | | | | | | | 156.58 FITWH | | |
| Home Dept 513100 SubTotal: | | | | | 1,958.33 | | | 1,958.33 | 156.58 FITWH | | 1,651.93 |
| | | | | | | | | | 28.40 MED | | Dir Dep 1 |
| | | | | | | | | | 121.42 SOC | | |

AVENIR MEMORY CARE AT KNOXVILLE LP    Date Range: 3/20/2023 - 3/20/2023    **PAYROLL JOURNAL(CLASSIC FORMAT)**    Page 1

**CLIENT 141080 AVENIR MEMORY CARE AT KNOXVILLE LP**

| EMPLOYEE | | | HOURS | | | EARNINGS | | | GROSS | TAXES | DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | RATE | REG | OT | CODED | REG | OT | CODED | | | | |
| **513200 Cook** | | | | | | | | | | | | |
| Pilkey, Madison | 513200 | 16.00 | 91.27 | | | 1,460.27 | | | 1,536.67 | 95.27 SOC | 502.96 ODP | 810.18 |
| EE# 3125 | 513200 | 24.00 | | 3.18 | | | 76.40 | | | 22.28 MED | | DD# |
| | | | | | | | | | | | | 1266401834 |
| | | | | | | | | | | 105.98 FITWH | | |
| Home Dept 513200 SubTotal: | | | 91.27 | 3.18 | | 1,460.27 | 76.40 | | 1,536.67 | 105.98 FITWH | 502.96 ODP | 810.18 |
| | | | | | | | | | | 22.28 MED | | Dir Dep 1 |
| | | | | | | | | | | 95.27 SOC | | |

**CLIENT 141080 AVENIR MEMORY CARE AT KNOXVILLE LP**

| EMPLOYEE | | | HOURS | | | EARNINGS | | | GROSS | TAXES | DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | RATE | REG | OT | CODED | REG | OT | CODED | | | | |
| **523000 Housekeeping** | | | | | | | | | | | | |
| Andrews, Sherri | 523000 | 14.00 | 88.10 | | | 1,233.40 | | | 1,272.95 | 76.25 SOC | 43.18 HEALTH | 1,066.53 |
| EE# 1395 | 523000 | 21.00 | | 1.88 | | | 39.55 | | | 17.83 MED | | DD# |
| | | | | | | | | | | | | 1266401835 |
| | | | | | | | | | | 69.16 FITWH | | |
| Woods, Zackery | 523000 | 15.00 | 48.80 | | | 732.00 | | | 732.00 | 45.38 SOC | | 660.52 |
| EE# 3124 | | | | | | | | | | 10.61 MED | | POC# 1911886 |
| | | | | | | | | | | 15.49 FITWH | | |
| Young, Sandra | 523000 | 14.50 | 88.27 | | | 1,279.87 | | | 1,394.42 | 86.45 SOC | | 1,155.84 |
| EE# 1034 | 523000 | 21.75 | | 5.27 | | | 114.55 | | | 20.22 MED | | POC# 1911887 |
| | | | | | | | | | | 131.91 FITWH | | |
| Home Dept 523000 SubTotal: | | | 225.17 | 7.15 | | 3,245.27 | 154.10 | | 3,399.37 | 216.56 FITWH | 43.18 HEALTH | 2,882.89 |
| | | | | | | | | | | 48.66 MED | | Dir Dep 1 |
| | | | | | | | | | | 208.08 SOC | | POC 2 |

**CLIENT 141080 AVENIR MEMORY CARE AT KNOXVILLE LP**

| EMPLOYEE | | HOURS | | | | EARNINGS | | | GROSS | TAXES | DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | RATE | REG | OT | CODED | REG | OT | CODED | | | | |
| **533000 Director Plant Operatio!** | | | | | | | | | | | | |
| Combs, Chad | 533000 | | | | | 2,083.33 | | | 2,083.33 | 129.17 SOC | 140.75 CSDispTN | 1,440.03 |
| EE# 3065 | | | | | | | | | | 30.21 MED | 250.00 DD1 | DD# |
| | | | | | | | | | | | | 1266401836 |
| | | | | | | | | | | 93.17 FITWH | | |
| Home Dept 533000 SubTotal: | | | | | | 2,083.33 | | | 2,083.33 | 93.17 FITWH | 140.75 CSDispTN | 1,440.03 |
| | | | | | | | | | | 30.21 MED | 250.00 DD1 | Dir Dep 1 |
| | | | | | | | | | | 129.17 SOC | | |

AVENIR MEMORY CARE AT KNOXVILLE LP     Date Range: 3/20/2023 - 3/20/2023     **PAYROLL JOURNAL(CLASSIC FORMAT)**     Page 4

**CLIENT 141080 AVENIR MEMORY CARE AT KNOXVILLE LP**

| EMPLOYEE | | | HOURS | | | | EARNINGS | | | GROSS | TAXES | DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **543000 Activities Director** | | RATE | REG | OT | CODED | REG | OT | CODED | | | | | |
| Warren, Lorie Ann | 543000 | | | | 16.00 Vac | 1,733.33 | | | 1,733.33 | 107.47 SOC | 18.38 LIFE EE | 1,452.77 |
| EE# 1988 | | | | | | | | | | 25.13 MED | | DD# |
| | | | | | | | | | | | | 1266401837 |
| | | | | | | | | | | 129.58 FITWH | | |
| Home Dept 543000 SubTotal: | | | | | 16.00 Vac | 1,733.33 | | | 1,733.33 | 129.58 FITWH | 18.38 LIFE EE | 1,452.77 |
| | | | | | | | | | | 25.13 MED | | Dir Dep 1 |
| | | | | | | | | | | 107.47 SOC | | |

**CLIENT 141080 AVENIR MEMORY CARE AT KNOXVILLE LP**

| EMPLOYEE | | | HOURS | | | EARNINGS | | | GROSS | TAXES | DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **543100 Activity Assistants** | | **RATE** | **REG** | **OT** | **CODED** | **REG** | **OT** | **CODED** | | | | |
| Wilson, Dominique | 543100 | 15.00 | 84.38 | | | 1,265.75 | | | 1,265.75 | 78.48 SOC | | 1,095.45 |
| EE# 3102 | | | | | | | | | | 18.35 MED | | DD# |
| | | | | | | | | | | | | 1266401838 |
| | | | | | | | | | | 73.47 FITWH | | |
| Home Dept 543100 SubTotal: | | | 84.38 | | | 1,265.75 | | | 1,265.75 | 73.47 FITWH | | 1,095.45 |
| | | | | | | | | | | 18.35 MED | | Dir Dep 1 |
| | | | | | | | | | | 78.48 SOC | | |

**CLIENT 141080 AVENIR MEMORY CARE AT KNOXVILLE LP**

| EMPLOYEE | | | HOURS | | | EARNINGS | | | GROSS | TAXES | DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | RATE | REG | OT | CODED | REG | OT | CODED | | | | |
| **553000 Executive Directors** | | | | | | | | | | | | |
| Shreve, Laurah | 553000 | | | | | 3,915.60 | | | 3,915.60 | 242.77 SOC | 1.10 LIFE CH | 2,985.65 |
| EE# 1273 | | | | | | | | | | 56.78 MED | 8.63 LIFE EE | DD# |
| | | | | | | | | | | | | 1266401839 |
| | | | | | | | | | | 617.79 FITWH | 2.88 LIFE SP | |
| Home Dept 553000 SubTotal: | | | | | | 3,915.60 | | | 3,915.60 | 617.79 FITWH | 1.10 LIFE CH | 2,985.65 |
| | | | | | | | | | | 56.78 MED | 8.63 LIFE EE | Dir Dep 1 |
| | | | | | | | | | | 242.77 SOC | 2.88 LIFE SP | |

AVENIR MEMORY CARE AT KNOXVILLE LP          Date Range 3/20/2023 - 3/26/2023     **PAYROLL JOURNAL(CLASSIC FORMAT)**          Page  7


**CLIENT 141080 AVENIR MEMORY CARE AT KNOXVILLE LP**

| EMPLOYEE | | | HOURS | | | EARNINGS | | | GROSS | TAXES | DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **553200 Concierge** | | **RATE** | **REG** | **OT** | **CODED** | **REG** | **OT** | **CODED** | | | | |
| Sledge, Caitlin Leanna | 553200 | 14.00 | 30.05 | | | 420.70 | | | 420.70 | 26.08 SOC | | 388.52 |
| EE# 2805 | | | | | | | | | | 6.10 MED | | DD# |
| | | | | | | | | | | | | 1266401841 |
| Tercero, Ana | 553200 | 15.00 | 85.88 | | | 1,288.25 | | | 1,288.25 | 79.87 SOC | | 1,113.53 |
| EE# 2820 | | | | | | | | | | 18.68 MED | | DD# |
| | | | | | | | | | | 76.17 FITWH | | 1266401842 |
| Home Dept 553200 SubTotal: | | | 115.93 | | | 1,708.95 | | | 1,708.95 | 76.17 FITWH | | 1,502.05 |
| | | | | | | | | | | 24.78 MED | | Dir Dep 2 |
| | | | | | | | | | | 105.95 SOC | | |

AVENIR MEMORY CARE AT KNOXVILLE LP    Date Range: 3/20/2023 - 3/20/2023    **PAYROLL JOURNAL(CLASSIC FORMAT)**    Page 9

**CLIENT 141080 AVENIR MEMORY CARE AT KNOXVILLE LP**

| EMPLOYEE | | HOURS | | | EARNINGS | | | GROSS | TAXES | DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | RATE | REG | OT | CODED | REG | OT | CODED | | | | |
| **573100 Director of Health Serv!** | | | | | | | | | | | |
| Jackson, Keionna Nycole | 573100 | | | | 3,125.00 | | | 3,125.00 | 189.93 SOC | 52.13 DENTAL | 2,419.31 |
| EE# 2563 | | | | | | | | | 44.42 MED | 1.10 LIFE CH | DD# |
| | | | | | | | | | | | 1266401843 |
| | | | | | | | | | 351.48 FITWH | 5.75 LIFE EE | |
| | | | | | | | | | | 17.19 LTD | |
| | | | | | | | | | | 34.27 STD | |
| | | | | | | | | | | 9.42 VISION | |
| Home Dept 573100 SubTotal: | | | | | 3,125.00 | | | 3,125.00 | 351.48 FITWH | 52.13 DENTAL | 2,419.31 |
| | | | | | | | | | 44.42 MED | 1.10 LIFE CH | Dir Dep 1 |
| | | | | | | | | | 189.93 SOC | 5.75 LIFE EE | |
| | | | | | | | | | | 17.19 LTD | |
| | | | | | | | | | | 34.27 STD | |
| | | | | | | | | | | 9.42 VISION | |

**CLIENT 141080 AVENIR MEMORY CARE AT KNOXVILLE LP**

| EMPLOYEE | | RATE | HOURS | | | EARNINGS | | | GROSS | TAXES | DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | REG | OT | CODED | REG | OT | CODED | | | | |
| **573400 LPN/Nurse** | | | | | | | | | | | | |
| Bates, Shannon Marie | 573400 | 27.00 | 74.90 | | | 2,022.30 | | | 2,029.05 | 125.80 SOC | 500.00 ODP | 1,286.34 |
| EE# 2609 | 573400 | 40.50 | | 0.17 | | | 6.75 | | | 29.42 MED | | DD# |
| | | | | | | | | | | | | 1266401844 |
| | | | | | | | | | | 87.49 FITWH | | |
| Crabtree, Meagan Laurel | 573400 | 28.00 | 69.92 | | | 1,957.67 | | | 2,507.17 | 154.03 SOC | 18.42 DENTAL | 2,133.75 |
| EE# 2886 | 573400 | 42.00 | | 13.08 | | | 549.50 | | | 36.02 MED | 6.38 LIFE EE | DD# |
| | | | | | | | | | | | | 1266401845 |
| | | | | | | | | | | 141.29 FITWH | 12.87 LTD | |
| | | | | | | | | | | | 4.41 VISION | |
| Fields, Julie | 573400 | 27.00 | 65.02 | | | 1,755.45 | | | 1,755.45 | 108.84 SOC | | 1,488.92 |
| EE# 3087 | | | | | | | | | | 25.45 MED | | DD# |
| | | | | | | | | | | | | 1266401846 |
| | | | | | | | | | | 132.24 FITWH | | |
| Hicks, Michelle | 573400 | 27.00 | 99.60 | | | 2,689.20 | | | 2,982.83 | 184.94 SOC | | 2,320.90 |
| EE# 3083 | 573400 | 40.50 | | 7.25 | | | 293.63 | | | 43.25 MED | | DD# |
| | | | | | | | | | | | | 1266401847 |
| | | | | | | | | | | 433.74 FITWH | | |
| Langkamp, Linda | 573400 | 27.00 | 78.52 | | | 2,119.95 | | | 2,244.82 | 139.18 SOC | 367.97 ODP | 1,514.16 |
| EE# 2539 | 573400 | 40.50 | | 3.08 | | | 124.87 | | | 32.55 MED | | DD# |
| | | | | | | | | | | | | 1266401848 |
| | | | | | | | | | | 190.96 FITWH | | |
| Seeders, Heidi | 573400 | 27.00 | 86.30 | | | 2,330.10 | | | 2,330.10 | 123.04 SOC | 330.52 HEALTH | 1,749.66 |
| EE# 2709 | | | | | | | | | | 28.78 MED | 15.06 VISION | DD# |
| | | | | | | | | | | | | 1266401849 |
| | | | | | | | | | | 83.04 FITWH | | |
| Home Dept 573400 SubTotal: | | | 474.25 | 23.58 | | 12,874.67 | 974.75 | | 13,849.42 | 1,068.76 FITWH | 18.42 DENTAL | 10,493.73 |
| | | | | | | | | | | 195.47 MED | 330.52 HEALTH | Dir Dep 6 |
| | | | | | | | | | | 835.83 SOC | 6.38 LIFE EE | |
| | | | | | | | | | | | 12.87 LTD | |
| | | | | | | | | | | | 867.97 ODP | |
| | | | | | | | | | | | 19.47 VISION | |

**CLIENT 141080 AVENIR MEMORY CARE AT KNOXVILLE LP**

| EMPLOYEE | | RATE | HOURS | | | EARNINGS | | | GROSS | TAXES | DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | REG | OT | CODED | REG | OT | CODED | | | | |
| **573600 Quality of Life Specialist** | | | | | | | | | | | | |
| Andrews, Haley | 573600 | 16.00 | 79.57 | | | 1,273.07 | | | 1,379.47 | 85.53 SOC | | 1,186.82 |
| EE# 3106 | 573600 | 24.00 | | 4.43 | | | 106.40 | | | 20.00 MED | | DD# |
| | | | | | | | | | | | | 1266401850 |
| | | | | | | | | | | 87.12 FITWH | | |
| Bell, Dynasty | 573600 | 16.00 | 53.13 | | | 850.13 | | | 850.13 | 52.71 SOC | | 757.79 |
| EE# 3079 | | | | | | | | | | 12.33 MED | | POC# 1911888 |
| | | | | | | | | | | 27.30 FITWH | | |
| Collins, Keelin | 573600 | 15.00 | 91.05 | | | 1,365.75 | | | 1,482.75 | 91.93 SOC | | 1,269.81 |
| EE# 2467 | 573600 | 22.50 | | 5.20 | | | 117.00 | | | 21.50 MED | | POC# 1911889 |
| | | | | | | | | | | 99.51 FITWH | | |
| Davis, Jasmine | 573600 | 15.50 | 75.85 | | | 1,175.68 | | | 1,175.68 | 72.89 SOC | 502.93 ODP | 520.14 |
| EE# 2921 | | | | | | | | | | 17.05 MED | | DD# |
| | | | | | | | | | | 62.67 FITWH | | 1266401851 |
| Disney, Joshua | 573600 | 15.00 | 76.97 | | | 1,154.50 | | | 1,215.25 | 75.35 SOC | | 1,024.87 |
| EE# 3077 | 573600 | 22.50 | | 2.70 | | | 60.75 | | | 17.62 MED | | DD# |
| | | | | | | | | | | 97.41 FITWH | | 1266401852 |
| Easter, Kayla | 573600 | 16.75 | 91.18 | | | 1,527.32 | | | 1,577.99 | 94.04 SOC | 13.70 DENTAL | 1,275.20 |
| EE# 1037 | 573600 | 25.13 | | 2.02 | | | 50.67 | | | 21.99 MED | 43.18 HEALTH | DD# |
| | | | | | | | | | | 125.09 FITWH | 0.38 LIFE EE | 1266401853 |
| | | | | | | | | | | | 4.41 VISION | |
| Frye, Jesuia | 573600 | 15.00 | 51.05 | | | 765.75 | | | 765.75 | 47.48 SOC | | 688.30 |
| EE# 2671 | | | | | | | | | | 11.10 MED | | DD# |
| | | | | | | | | | | 18.87 FITWH | | 1266401854 |
| Hardin, Rosa | 573600 | 16.00 | 96.48 | | | 1,543.73 | | | 2,400.13 | 148.81 SOC | 494.95 ODP | 1,511.97 |
| EE# 2533 | 573600 | 24.00 | | 35.68 | | | 856.40 | | | 34.80 MED | | DD# |
| | | | | | | | | | | 209.60 FITWH | | 1266401855 |
| Head, Donna | 573600 | 16.00 | 92.15 | | | 1,474.40 | | | 1,556.80 | 96.52 SOC | 502.97 ODP | 826.34 |
| EE# 3122 | 573600 | 24.00 | | 3.43 | | | 82.40 | | | 22.57 MED | | DD# |
| | | | | | | | | | | 108.40 FITWH | | 1266401856 |
| Jackson, Kamarea Aleece | 573600 | 16.00 | 88.45 | | | 1,415.20 | | | 1,660.80 | 102.97 SOC | | 1,451.54 |
| EE# 2882 | 573600 | 24.00 | | 10.23 | | | 245.60 | | | 24.08 MED | | DD# |
| | | | | | | | | | | 82.21 FITWH | | 1266401857 |
| Jackson, Keyera Lashea | 573600 | 16.00 | 57.90 | | 6.58 Vac | 926.40 | | 105.28 Vac | 1,426.08 | 87.28 SOC | 18.42 DENTAL | 883.78 |
| EE# 2804 | 573600 | 24.00 | | 16.43 | | | 394.40 | | | 20.41 MED | 1.10 LIFE CH | DD# |
| | | | | | | | | | | | | 1266401858 |

AVENIR MEMORY CARE AT KNOXVILLE LP    Date Range: 3/20/2023 - 3/20/2023    **PAYROLL JOURNAL(CLASSIC FORMAT)**    Page 12

**CLIENT 141080 AVENIR MEMORY CARE AT KNOXVILLE LP**

| EMPLOYEE | | | HOURS | | EARNINGS | | GROSS | TAXES | DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 90.50 FITWH | 1.63 LIFE EE | |
| | | | | | | | | | 322.96 ODP | |
| King, Yvonne Annette | 573600 | 16.00 | 86.18 | | 1,378.93 | | 1,462.13 | 90.65 SOC | | 1,253.24 |
| EE# 2816 | 573600 | 24.00 | | 3.47 | | 83.20 | | 21.20 MED | | DD# |
| | | | | | | | | | | 1266401859 |
| | | | | | | | | 97.04 FITWH | | |
| Lee, Kayla Danielle | 573600 | 16.00 | 81.40 | | 1,302.40 | | 1,317.60 | 81.69 SOC | | 1,137.10 |
| EE# 3001 | 573600 | 24.00 | | 0.63 | | 15.20 | | 19.11 MED | | DD# |
| | | | | | | | | | | 1266401860 |
| | | | | | | | | 79.70 FITWH | | |
| McCleary, Paige Rose | 573600 | 16.00 | 80.20 | | 1,283.20 | | 1,283.20 | 79.56 SOC | | 1,109.46 |
| EE# 2917 | | | | | | | | 18.61 MED | | POC# 1911890 |
| | | | | | | | | 75.57 FITWH | | |
| Peters, Kimberly A | 573600 | 16.00 | 79.08 | | 1,265.33 | | 1,329.73 | 81.32 SOC | 13.70 DENTAL | 881.35 |
| EE# 2201 | 573600 | 24.00 | | 2.68 | | 64.40 | | 19.02 MED | 0.33 LIFE EE | DD# |
| | | | | | | | | | | 1266401861 |
| | | | | | | | | | 308.98 ODP | |
| | | | | | | | | | 20.62 STD | |
| | | | | | | | | | 4.41 VISION | |
| Pilkey, Jasmine | 573600 | 15.00 | 79.85 | | 1,197.75 | | 1,246.87 | 77.31 SOC | | 1,080.27 |
| EE# 3123 | 573600 | 22.50 | | 2.18 | | 49.12 | | 18.08 MED | | DD# |
| | | | | | | | | | | 1266401862 |
| | | | | | | | | 71.21 FITWH | | |
| Shakir, Adriane | 573600 | 16.00 | 91.75 | | 1,468.00 | | 1,552.40 | 96.25 SOC | | 1,325.77 |
| EE# 3111 | 573600 | 24.00 | | 3.52 | | 84.40 | | 22.51 MED | | DD# |
| | | | | | | | | | | 1266401863 |
| | | | | | | | | 107.87 FITWH | | |
| Shipe, Kathleen | 573600 | 16.00 | 57.90 | | 926.40 | | 964.40 | 59.79 SOC | | 851.90 |
| EE# 2679 | 573600 | 24.00 | | 1.58 | | 38.00 | | 13.98 MED | | DD# |
| | | | | | | | | | | 1266401864 |
| | | | | | | | | 38.73 FITWH | | |
| Smith, LeAnndra K | 573600 | 16.50 | 94.27 | | 1,555.40 | | 1,962.54 | 121.68 SOC | 125.00 DD1 | 920.69 |
| EE# 1166 | 573600 | 24.75 | | 16.45 | | 407.14 | | 28.46 MED | 175.00 DD2 | DD# |
| | | | | | | | | | | 1266401865 |
| | | | | | | | | 148.76 FITWH | 442.95 ODP | |
| Strickland, Leah | 573600 | 16.00 | 70.42 | | 1,126.67 | | 1,166.67 | 72.33 SOC | | 1,015.84 |
| EE# 2969 | 573600 | 24.00 | | 1.67 | | 40.00 | | 16.92 MED | | DD# |
| | | | | | | | | | | 1266401866 |
| | | | | | | | | 61.58 FITWH | | |
| Watson, courtney Nicole | 573600 | 16.50 | 96.47 | | 1,591.70 | | 2,405.15 | 141.17 SOC | 18.42 DENTAL | 1,655.01 |
| EE# 1156 | 573600 | 24.75 | | 32.87 | | 813.45 | | 33.02 MED | 105.32 HEALTH | DD# |
| | | | | | | | | | | 1266401867 |
| | | | | | | | | 194.82 FITWH | 252.98 ODP | |

**CLIENT 141080 AVENIR MEMORY CARE AT KNOXVILLE LP**

| EMPLOYEE | | | HOURS | | | EARNINGS | | GROSS | TAXES | DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 4.41 VISION | |
| Whitehead, Jessica | 573600 | 16.00 | 44.72 | | | 715.47 | | 1,717.07 | 102.37 SOC | 18.42 DENTAL | 906.12 |
| EE# 2681 | 513200 | 16.00 | 42.72 | | 8.00 Vac | 683.47 | | 128.00 Vac | 23.94 MED | 43.18 HEALTH | DD# |
| | | | | | | | | | | | 1266401868 |
| | 573200 | 16.00 | 5.08 | | | 81.33 | | | 119.71 FITWH | 498.92 ODP | |
| | 573600 | 24.00 | | 4.53 | | | 108.80 | | | 4.41 VISION | |
| Wongen, Kadaye | 573600 | 16.50 | 83.87 | | | 1,383.80 | | 3,549.01 | 218.62 SOC | 18.42 DENTAL | 2,698.79 |
| EE# 1138 | 573600 | 24.75 | | 87.48 | | | 2,165.21 | | 51.13 MED | 0.83 LIFE EE | DD# |
| | | | | | | | | | | | 1266401869 |
| | | | | | | | | | 532.11 FITWH | 7.87 LTD | |
| | | | | | | | | | | 16.83 STD | |
| Home Dept 573600 SubTotal: | | | 1,847.68 | 237.20 | 14.58 Vac | 29,431.78 | 5,782.54 | 233.28 Vac | 35,447.60 | 2,535.78 FITWH | 125.00 DD1 | 26,232.10 |
| | | | | | | | | | 509.43 MED | 175.00 DD2 | Dir Dep 20 |
| | | | | | | | | | 2,178.25 SOC | 101.08 DENTAL | POC 3 |
| | | | | | | | | | | 191.68 HEALTH | |
| | | | | | | | | | | 1.10 LIFE CH | |
| | | | | | | | | | | 3.17 LIFE EE | |
| | | | | | | | | | | 7.87 LTD | |
| | | | | | | | | | | 3,327.64 ODP | |
| | | | | | | | | | | 37.45 STD | |
| | | | | | | | | | | 22.05 VISION | |

AVENIR MEMORY CARE AT KNOXVILLE LP                Date Range: 3/20/2023 - 3/26/2023   **PAYROLL JOURNAL (CLASSIC FORMAT)**                Page 14

**CLIENT 141080 AVENIR MEMORY CARE AT KNOXVILLE LP**

| EMPLOYEE | | HOURS | | | | EARNINGS | | | GROSS | TAXES | DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | RATE | REG | OT | CODED | REG | OT | CODED | | | | | |
| COMPANY TOTAL | | 2,838.68 | 271.12 | 30.58 Vac | 64,927.28 | 6,987.79 | 233.28 Vac | 72,148.35 | 5,586.53 FITWH | 140.75 CSDispTN | 54,634.50 |
| | | | | | | | | | 1,032.86 MED | 375.00 DD1 | Dir Dep 37 |
| | | | | | | | | | 4,416.42 SOC | 175.00 DD2 | POC 5 |
| | | | | | | | | | | 190.05 DENTAL | |
| | | | | | | | | | | 670.70 HEALTH | |
| | | | | | | | | | | 3.30 LIFE CH | |
| | | | | | | | | | | 56.79 LIFE EE | |
| | | | | | | | | | | 2.88 LIFE SP | |
| | | | | | | | | | | 37.93 LTD | |
| | | | | | | | | | | 4,698.57 ODP | |
| | | | | | | | | | | 71.72 STD | |
| | | | | | | | | | | 55.35 VISION | |
| | | | | TOTALS | | | | 72,148.35 | 11,035.81 | 6,478.04 | 54,634.50 |

AVENIR MEMORY CARE AT KNOXVILLE LP    Date Range: 3/20/2023 - 3/26/2023    **PAYROLL JOURNAL(CLASSIC FORMAT)**    Page 15

**CLIENT 141080 AVENIR MEMORY CARE AT KNOXVILLE LP**

| TAXABLE WAGES | | RATE% | EMPLOYER LIABILITY |
|---|---|---|---|
| SOCER | 71,232.25 | 6.20 | 4,416.42 |
| MEDER | 71,232.25 | 1.45 | 1,032.86 |
| FUI | 25,846.10 | 0.60 | 155.07 |
| UNETN | 25,485.70 | 2.70 | 688.14 |
| SOC | 71,232.25 | **TOTAL** | 6,292.49 |
| MED | 71,232.25 | | |
| FITWH | 71,232.25 | | |
| TN | 71,232.25 | | |