Fill in this information to identify the case:

Debtor name: **Avenir Memory Care @ Knoxville LP**
United States Bankruptcy Court for the: **DISTRICT OF ARIZONA**
Case number (if known): **2:23-bk-02047-BMW**

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Comfort Systems USA<br>P.O. Box 10048<br>Knoxville, TN 37939 | Chuck Shuman<br>cshuman@skmes.com<br>865-522-1124 | Services | | | | $2,129.64 |
| Consolidated Electronic Systems<br>P.O.Box 14620<br>Knoxville, TN 37914 | cescorporation@comcast.net<br>865-523-3070 | Services | | | | $1,321.00 |
| Cortel Communications Inc<br>24654 N. Lake Pleasant Pkwy #103-556<br>Peoria, AZ 85383 | support@cortelcom.com<br>602-861-4724 | Telephone service | | | | $677.45 |
| Dormakaba USA Inc<br>P.O. Box 896542<br>Charlotte, NC 28289 | 800-277-0099 | Services | | | | $1,819.80 |
| Farragut Press<br>P.O. Box 22847<br>Knoxville, TN 37933 | lsayers@farragutpress.com<br>865-675-6397 | Services | | | | $1,735.00 |
| G5 Search Marketing Inc<br>P.O. Box 843274<br>Dallas, TX 75284 | info@get5g.com<br>541-647-1896 | Services | | | | $573.56 |
| James Lowe<br>1709 Vander Ridge Lane<br>Knoxville, TN 37919 | Phyllis Gitschlag<br>865-696-8204 | Refund | | | | $854.79 |
| Janet Higgins<br>3916 Hillbrook Drive<br>Knoxville, TN 37931 | | Services | | | | $1,814.75 |
| Joseph Kennery MD<br>6909 Kingston Pike, Suite 200<br>Knoxville, TN 37919 | 865-588-4044 | Services | | | | $1,500.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Kelsan-Network Service Company** 29060 Network Place Chicago, IL 60673 | 800-467-7111 | Supplies | | | | $3,896.46 |
| **Knoxville Leaf & Lawn LLC** 8620 Oak Ridge Highway Knoxville, TN 37931 | knoxvilleleafandlawn@gmail.com 865-591-0802 | Services | | | | $2,000.00 |
| **Knoxville News Sentinel** P.O. Box 630042 Cincinnati, OH 45263 | brenna.mcdermott@knoxnews.com 877-736-7608 | Services | | | | $2,881.76 |
| **KUB** P.O. Box 59029 Knoxville, TN 37950 | kubfibersupport@kub.org 865-524-2937 | Gas/oil/propane | | | | $2,560.11 |
| **Lenoir City Utility Board** P.O. Box 449 Lenoir City, TN 37771 | (fax) 865-988-9696 844-687-5282 | Utilities | | | | $11,422.17 |
| **Life Safety Inspection LLC** 1143 Oak Ridge Turnpike Suite 107A-167 Oak Ridge, TN 37830 | 865-435-1505 | Services | | | | $583.74 |
| **McKesson Medical-Surgical Inc** P.O. Box 660266 Dallas, TX 75266 | 800-654-7240 | Supplies | | | | $2,890.56 |
| **Republic Newspaper Inc** 11863 Kingston Pike Knoxville, TN 37934 | slong@republicnewspapers.com 865-675-6397 | Services | | | | $1,735.00 |
| **Sysco Knoxville LLC** 900 Tennessee Avenue Knoxville, TN 37921 | 865-888-9494 | Supplies | | | | $9,822.58 |
| **Tennessee Memory Disorders Foundation** c/o Genesis Neuroscience Clinic 1400 Dowell Springs Blvd, Ste 340 Knoxville, TN 37909 | 865-888-9494 | Services | | | | $1,000.00 |

| Debtor | Avenir Memory Care @ Knoxville LP | | | Case number *(if known)* | 2:23-bk-02047-BMW |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Waste Management of Tenn-Knoxville P.O. Box 55558 Boston, MA 02205** | 865-525-0529 | **Services** | | | | **$1,265.60** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Avenir Memory Care @ Knoxville LP |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (if known) | 2:23-bk-02047-BMW |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  April  3, 2023       X /s/ David L. Craik
                                  Signature of individual signing on behalf of debtor

                                  **David L. Craik**
                                  Printed name

                                  **President & Director of the General and Limited Partners**
                                  Position or relationship to debtor

Official Form 202            Declaration Under Penalty of Perjury for Non-Individual Debtors